**Order entered December 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00761-CR

**DAVID LEE MORALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F15-56719-I**

## ORDER

Before the Court is appellant's December 28, 2018 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 30, 2019. Appellant is cautioned that further requests for extensions may result in the appeal being abated for a hearing under rule 38.8(c). *See* TEX. R. APP. P. 38.8(c)(3).

/s/    LANA MYERS
JUSTICE